NO. 07-05-0358-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL D

JANUARY 25, 2006

______________________________

In the Matter of T.D.M.

_________________________________

FROM THE COUNTY COURT AT LAW OF RANDALL COUNTY;

NO. 4350-J; HON. JAMES W. ANDERSON, PRESIDING

_______________________________

ON MOTION TO DISMISS

________________________________

Before QUINN, C.J., and REAVIS and CAMPBELL, JJ.

T.D.M., a child, by and through his attorney, has filed a motion to dismiss this appeal.  Counsel for the State has no opposition to the motion.  Without passing on the merits of the case, we grant it pursuant to Texas Rule of Appellate Procedure 42.1(a)(2) and dismiss the appeal.  Having dismissed the appeal at appellant’s request, no motion for rehearing will be entertained, and our mandate will issue forthwith.   

Brian Quinn

          Chief Justice